IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA OROZCO AND JOSE OROZCO, | § § § | |
| PLAINTIFFS, | § § | |
| V. | § § | CIVIL ACTION NO. 3:15-CV-01687-C |
| STATE FARM FIRE AND CASUALTY COMPANY, | § § § § | JURY DEMAND |
| DEFENDANT. | § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Maria Orozco and Jose Orozco and Defendant State Farm Fire and Casualty Company hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiffs' claims against Defendant are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 20th day of Oct., 2015.

Respectfully submitted,

_____
Marcos P. Martinez
State Bar No. 24087984

MARTINEZ HSU, P.C.
1601 E. Lamar Blvd., Ste. 114
Arlington, Texas 76011
Telephone: (682) 224-7810
Facsimile: (682) 730-8998
Email: marcpmartinez@mhlegalgroup.com

**COUNSEL FOR PLAINTIFFS**

And

_(signature)_

Rhonda J. Thompson
State Bar No.: 24029862
Scott L. Rogers
State Bar No.: 24064369

THOMPSON, COE, COUSINS & IRONS, L.L.P.
Plaza of the Americas, 700 N. Pearl Street,
Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
E-mail: rthompson@thompsoncoe.com
E-mail: slrogers@thompsoncoe.com

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that on the 20th day of October, 2015, a true and correct copy of the foregoing was delivered to the following counsel of record by electronic service and/or facsimile transmission and/or certified mail, return receipt requested:

Marcos P. Martinez
MARTINEZ HSU, P.C.
1601 E. Lamar Blvd., Ste. 114
Arlington, Texas 76011
   *Counsel for Plaintiffs*

_(signature)_
Scott L. Rogers