IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA OROZCO AND JOSE OROZCO, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:15-CV-01687-C |
| STATE FARM FIRE AND CASUALTY COMPANY, | § § § § | JURY DEMAND |
| Defendant. | § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiffs Maria Orozco and Jose Orozco and Defendant State Farm Fire and Casualty Company's Joint Stipulation of Dismissal with Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' claims against Defendant are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS SO ORDERED.

SIGNED this 21st day of __October__, 2015.

_____
JUDGE PRESIDING

**AGREED AS TO FORM AND CONTENT:**

Marcos P. Martinez
State Bar No. 24087984

MARTINEZ HSU, P.C.
1601 E. Lamar Blvd., Ste. 114
Arlington, Texas 76011
Telephone:  (682) 224-7810
Facsimile:  (682) 730-8998
Email:  marcpmartinez@mhlegalgroup.com

**COUNSEL FOR PLAINTIFFS**

And

Rhonda J. Thompson
State Bar No.  24029862
Scott L. Rogers
State Bar No.  24064369

THOMPSON, COE, COUSINS & IRONS, LLP
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:  (214) 871-8209
Email:  rthompson@thompsoncoe.com
Email:  slrogers@thompsoncoe.com

**COUNSEL FOR DEFENDANT**